UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN N. KANGETHE,

                Plaintiff,

v.

FEDEX CORP,

                Defendant.

Case No. C12-364-MJP

**REPORT AND RECOMMENDATION**

Plaintiff, proceeding pro se, filed an application to proceed in forma pauperis ("IFP") in this employment discrimination case. Dkt. 1. In his application, plaintiff states that he earns $2400 net pay per month and his wife earns $1500 net pay per month. This level of income makes him ineligible for IFP status, which is reserved for the truly indigent. The Court therefore recommends that plaintiff's IFP application be denied and he be directed to pay the filing fee within 30 days of the date this recommendation is adopted or the Clerk will close the file.

Any objections to this Recommendation must be filed no later than **March 20, 2012**. The matter will be ready for the Court's consideration on March 23, 2012. Objections shall not exceed twelve pages. The failure to timely object may affect the right to appeal.

DATED this 6th day of March, 2012.

                                                          BRIAN A. TSUCHIDA
                                                          United States Magistrate Judge