1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

JOHN N. KANGETHE,

9

                                    Plaintiff,

10

        v.

11

FEDEX CORP,

12

                                    Defendant.

Case No. C12-364-MJP

**ORDER DENYING LEAVE TO
PROCEED IN FORMA PAUPERIS**

13

        This matter comes before the Court on the Report and Recommendation of the Honorable

14

Brian A. Tsuchida, United States Magistrate Judge, which recommends denial of Plaintiff's in

15

forma pauperis ("IFP") application.  (Dkt. No. 3.)  The Court has also reviewed Plaintiff's

16

motion to extend time to permit him to pay the filing fee.  (Dkt. No. 4.)  Having reviewed these

17

matters and the remaining record, the Court does hereby find and order:

18

        (1)     The Court adopts the Report and Recommendation.

19

        (2)     Plaintiff's IFP application (Dkt. 1) is **DENIED**.

20

        (3)     Plaintiff's motion to extend the time to pay the filing fee is **GRANTED**.  Plaintiff is

21

                directed to pay the usual filing fee within 30 days of entry of this order.  The Clerk

22

                shall file the complaint only on receipt of the usual filing fee.  If no filing fee is paid

23

                within 30 days of the date of this Order, the Clerk shall close the file.

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS - 1

1    (4)    The Clerk is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

2   DATED this 27th day of March, 2012.

3

4   _____
    Marsha J. Pechman

5   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS - 2