UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN N. KANGETHE,

        Plaintiff,

   v.

FEDEX CORP.,

        Defendant.

CASE NO. C12-364MJP

ORDER DENYING LEAVE TO APPEAL IN FORMA PAUPERIS

THIS MATTER comes before the Court on Plaintiff's motion for leave to appeal in forma pauperis ("IFP") (Dkt. No. 29). The Court having reviewed the motion, the unopposed Report and Recommendation of Magistrate Judge Brian A. Tsuchida (Dkt. No. 30), and the remaining record, does hereby find and order:

1. The Court adopts the Report and Recommendation.

2. Plaintiff's motion for leave to appeal IFP is DENIED. The Court certifies Plaintiff's appeal is not taken in good faith.

3. Plaintiff may file a motion to proceed in forma pauperis in the Court of Appeals within 30 days after service of this Order.

ORDER DENYING LEAVE TO APPEAL IN
FORMA PAUPERIS- 1

1  4.  The Clerk shall provide Plaintiff a blank copy of Form 4 of the Appendix of Forms to
2      the Rules of Appellate Procedure.
3  The clerk is ordered to provide copies of this order to Plaintiff and all counsel.
4  Dated this 16th day of May, 2013.

*(signature)*
Marsha J. Pechman
Chief United States District Judge